FILED

2008 JAN -7 PM 1:46

...CALIF.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF(S) | CR 07-1368 |
| Annie Marshall Watkins DEFENDANT(S). | ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES 18 USC §3006A(f) |

On **01/07/2008** defendant **Annie Marshall Watkins**

[X] submitted a financial affidavit in support of defendant's request for appointment of counsel without payment of fees. After review of the affidavit, the court finds that the defendant has the present ability to make a contribution towards his/her attorney's fees.

[ ] did not submit a financial affidavit, but appeared without counsel.

Subject to this order of contribution, the Court hereby appoints **Angel Navarro** as counsel for the defendant

[ ] until further notice.

[X] for these proceedings only.

The defendant is ordered to pay towards attorney's fees in accordance with the schedule of payments set forth below:

[ ] A total sum of $_____
  [ ] due not later than _____
  [ ] due in monthly payments of $ _____ beginning _____.

[ ] Monthly payments of $ _____ to commence on _____ and to continue until final disposition of this case.

[X] Other **for two hours of service**

All cashier's checks and/or money orders must be made payable to: **CLERK, U.S. DISTRICT COURT** and mailed to: United States District Court, Central District of California, 312 N. Spring Street, Room G-8, Los Angeles, California 90012, Attn: Fiscal Section. Your name and case number must be included on the cashier's check or money order.

This order is subject to reconsideration by the Court. The defendant is advised that he/she may be required, based upon his/her then present ability, to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

Dated: **1/7/2008**

United States ~~District Judge~~ / Magistrate Judge

cc: Clerk's Office, Fiscal Section
    CJA
    FPD
    PSA

CR-26 (07/05)    ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES